# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:09 CV 97

| | |
|---|---|
| MARK LEYSE, and All Others Similarly Situated, ) ) ) | |
| Plaintiff ) ) | |
| V ) ) | **ORDER** |
| BANK OF AMERICA, NATIONAL ASSOCIATION, ) ) ) | |
| Defendant ) | |

**THIS MATTER** is before the court on Gary W. Jackson's Application for Admission to Practice *Pro Hac Vice* of Todd C. Bank. It appearing that Todd C. Bank is a member in good standing with the New York Bar and will be appearing with Gary W. Jackson, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Gary W. Jackson's Application for Admission to Practice *Pro Hac Vice* (#5) of Todd C. Bank is **GRANTED**, and that Todd C. Bank is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Gary W. Jackson.

Signed: May 26, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge