# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:09 CV 97

| | |
|---|---|
| MARK LEYSE and all other similarly situated, ) ) ) | |
| Plaintiffs ) ) | |
| V ) ) | **ORDER** |
| BANK OF AMERICA, NATIONAL ASSOCIATION, ) ) ) | |
| Defendant ) | |

**THIS MATTER** is before the court on Amy Pritchard Williams' Application for Admission to Practice *Pro Hac Vice* of Kyle W. K. Mooney. It appearing that Kyle W. K. Mooney is a member in good standing with the New York Bar and will be appearing with Amy Pritchard Williams, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Amy Pritchard Williams' Application for Admission to Practice *Pro Hac Vice* (#13) of Kyle W. K. Mooney is **GRANTED**, and that Kyle W. K. Mooney is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Amy Pritchard Williams.

Signed: July 20, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge